RECORDING REQUESTED BY:

Wilson Construction
Mark Wilson
**733 Glenmere Way**
Redwood City, California 94062
Tel: (650) 245-1201

Pro Se
MARK WILSON

FILED
APR 23 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

WILSON CONSTRUCTION, DBA ) Case No.: 13-30512-DM13
MARK WILSON )
) **NOTICE OF PENDENCY OF ACTION**
    Debtor, Plaintiff ) **(LIS PENDENS)**
)
v. ) **Adversary Proceeding No. 13-03075**
)
RECONTRUST COMPANY, N.A.; ) Complaint Filed:   April 12, 2013
BANK OF AMERICA, N.A., EPIC )
CAPITAL PARTNERS; and DOES 1-100, )
inclusive, )
)
    Defendants. )
_____)
)

**NOTICE IS HEREBY GIVEN** that the above-captioned case is pending in the above-entitled Court, as more fully described in the Complaint filed therein on April 12, 2013, which affects the possession, right, title and interest to real property commonly known as 220 Four Ring Road, Tahoma, California 96142, and more particularly described as follows:

///

///

///

A PORTION OF THE NORTHWEST SECTION CORNER OF SECTION 4, TOWNSHIP 13 NORTH, RANGE 17 EAST, MDB&M., COUNTY OF EL

1
NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

DORADO, STATE OF CALIFORNIA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST SECTION CORNER OF SECTION 4, TOWNSHIP 13 NORTH, RANGE 17 EAST MDB&M., AS ESTABLISHED BY THE UNITED STATES GENERAL LAND OFFICE SURVEY OF 1929, AND ACCEPTED SEPTEMBER 19, 1932 BY SAID GENERAL LAND OFFICE AND RUNNING SOUTH 89°47' EAST ALONG THE NORTH LINE OF SAID SECTION 4, AS ESTABLISHED BY SAID SURVEY 900 FEET AND THENCE DEFLECTING 50°26'40" TO THE RIGHT SOUTH 39°20'20" EAST 600 FEET TO THE TRUE POINT OF BEGINNING OF THE PARCEL OF LAND TO BE DESCRIBED; THENCE SOUTH 50°39'40" WEST 740.165 FEET; THENCE SOUTH 39°20'20" EAST 100 FEET; THENCE NORTH 50°39'40" EAST 740.165 FEET; THENCE NORTH 39°20'20" WEST 100 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPT ANY PORTION OF THE DESCRIBED LAND IN THE BED OF LAKE TAHOE BELOW THE ADJUDICATED OF LOW WATER.

A.P.N. 017-021-20-100

Dated: April 22, 2013

Mark Wilson, Pro Se
Debtor

Honorable Dennis Montali
US Bankruptcy Court
Northern District of California

Proof Of Service

I am over the age of 18 years, employed in the city of ~~Northridge~~ San Francisco, county of ~~Los Angeles~~ San Francisco, State of CA and not a party to the action described in the attached documents. I declare under penalty of perjury that on ~~04/22/2013~~ 4/23/13 a true and correct copy of this pleading was served to the opposing party in the manner and at the address described below:

x Certified Mail

Bank of America
Brian T. Moynihan, Chief Executive Officer
Bank of America Corporation
100 N. Tryon St.
Charlotte, NC 28255


X Mail

RECONTRUST
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
Simi Valley, CA 93063
FAX: 8667033095

Epic Capital Holdings
11211 Gold Country Blvd Ste 107
Rancho Cordova, CA 95670

Your Signature

From: 
Mark Wilson
733 Glenmere Way
Emerald Hills, Ca 94062

7012 0470 0002 2829 8929

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7012 0470 0002 2829 8929
7012 0470 0002 2829 8929



To: Bank of America
B.T. Moynihan CEO
100 N. Tryon Street
Charlotte, N.C. 28255

7733 Glenmere Way
Emerald Hills Ca 94062

MarkWilson
733 Glenmere Way
Ca 94062

Recon Trust
CA 6-914-01-94
1800 Tapo Canyon Rd
Simi Valley, Ca 93063

David E. Schaion
Epic Capital
11211 Gold Country #107
Rancho Cordova, Ca 95670